# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Fierros,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Valley Hospice of Arizona Incorporated, et al.,<br><br>　　　　　　　　Defendants. | **NO. CV-14-01764-PHX-DJH**<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Valley Hospice of Arizona Incorporated, Marcus Lewis and Christine Lewis in the amount of $6,346.23.

　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 10, 2015

　　　　　　　　　　　　　　　　s/ Linda Patton
　　　　　　　　　　　　By　　Deputy Clerk